IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMIGUELA PACI, | ) |
| | ) 14-cv-1158 |
| Plaintiff, | ) |
| | ) Hon. Sharon Johnson Coleman |
| v. | ) |
| | ) |
| ELMHURST AUTO WERKS, LTD, d/b/a | ) |
| ELMHURST BMW, LTD., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, ELMHURST AUTO WERKS, LTD. d/b/a ELMHURST BMW, LTD., by and through its counsel, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, and pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court for entry of an order granting summary judgment in favor of the Defendant, ELMHURST AUTO WERKS, LTD. d/b/a ELMHURST BMW, LTD., and against the Plaintiff, EMIGUELA PACI, as set forth in its Memorandum of Law in Support of Its Motion for Summary Judgment.

Respectfully submitted,
**ELMHURST AUTO WERKS, LTD.,**


By: s/ Christopher R. Dunsing
    One of Its Attorneys

Christopher R. Dunsing
Steven R. Johnson
Andrew R. Stuart
**Langhenry, Gillen, Lundquist & Johnson, LLC**
310 S. County Farm Road, Suite A
Wheaton, IL 60187
(630) 653-5980 (TEL)
Attorney ID No. 6291520
*Counsel for Defendant*

1