# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EMIGUELA PACI, ) | |
| ) | 14-cv-1158 |
| Plaintiff, ) | |
| ) | Hon. Sharon Johnson Coleman |
| v. ) | |
| ) | |
| ELMHURST AUTO WERKS, LTD, d/b/a ) | |
| ELMHURST BMW, LTD., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND FILE ANSWER TO PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(B)

NOW COMES the Defendant, ELMHURST AUTO WERKS, LTD. d/b/a ELMHURST BMW, LTD., by and through its counsel, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), moves this Honorable Court for entry of an order granting it leave to withdraw its Motion for Summary Judgment and file its Answer to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

Respectfully submitted,

**ELMHURST AUTO WERKS, LTD. d/b/a ELMHURST BMW, LTD.,**

By: _s/ Christopher R. Dunsing_____
    One of Its Attorneys

Christopher R. Dunsing
Steven R. Johnson
**Langhenry, Gillen, Lundquist & Johnson, LLC**
310 S. County Farm Road, Suite A
Wheaton, IL 60187
(630) 653-5980 (TEL)
Attorney ID No. 6291520