# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Emiguela Paci

                Plaintiff,

v.                                              Case No.: 1:14–cv–01158
                                                    Honorable Sharon Johnson Coleman

Elmhurst Auto Werks, LTD

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's motion to withdraw its motion for summary judgment and file an answer [36] is granted. Therefore, defendant's motion for summary judgment [21] is withdrawn. Plaintiff39;s Motion to Certify a Class [17, 29] is entered and continued. Plaintiff is to notify the Court of how she wants to proceed on her motion for summary judgment [32]. Status June 13, 2014, at 9:00 a.m. shall stand. Enter Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.