UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Emiguela Paci
                        Plaintiff,

v.                                          Case No.: 1:14–cv–01158
                                               Honorable Sharon Johnson Coleman

Elmhurst Auto Werks, LTD
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 6/4/2014. Plaintiff's motion to amend complaint [44] is granted. Responsive pleading due by 7/2/2014. Plaintiff's motion for cross motion for summary judgment [32] is denied as moot. Plaintiff's motion to certify class [45] is entered and continued to 7/11/2014 at 09:00 AM. Status hearing set to 6/13/2014 is stricken and reset to 7/11/2014 at 9:00 a.m.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.